IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 14-3104-01-CR-S-MDH |
| Plaintiff, | |
| v. | 18 U.S.C.§ 922(g)(1)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine |
| **SCOTT GOODWIN-BEY**,<br>[DOB: 06-24-1967] | NMT 3 Years Supervised Release<br>Class C Felony |
| Defendant. | $100 Special assessment |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

On or about November 30, 2014, in Greene County, in the Western District of Missouri, the defendant, **SCOTT GOODWIN-BEY**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm and ammunition, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

*/s/*
FOREPERSON OF THE GRAND JURY

*/s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney

DATED: 12/09/2014