IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA          Date:   December 15, 2014

vs.                                Case No. 14-3104-1-CR-S-MDH

SCOTT GOODWIN-BEY

Honorable David P. Rush, presiding at Springfield, Missouri

Nature of Hearing: Arraignment and Scheduling Conference

Time Commenced: 9:40 a.m.          Time Terminated: 9:55 a.m.

APPEARANCES

Plaintiff:   James Kelleher, ASUA     Defendant:   Michelle Moulder, AFPD

Proceedings:   Parties appear as indicated, defendant in person. Defendant waives formal reading of the Indictment and enters plea of not guilty. Scheduling order setting forth discovery deadlines will be entered by the court.  Case will be placed on the appropriate joint criminal docket. Defendant in custody

Defendant makes oral motion to appoint new counsel.   After discussion, defendant withdraws motion.

ERO/COURTROOM DEPUTY:   Kerry Schroeppel
USPPTS:   Melissa Pottter