# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
     February 23, 2015

## ORDER

Pursuant to the directions of the Honorable Greg Kays, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate Judge James C. England and David P. Rush commencing on Tuesday, January 27, 2015, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. <u>Final plea agreements are to be signed prior to the conference or be ready for signature at the conference</u>.** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing February 23, 2015.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is March 30, 2015, shall file such motion in a timely

fashion. A motion not timely filed will be summarily denied. Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. The moving party must attach a written Waiver of Speedy Trial Rights bearing his or her client's signature. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge James C. England and David P. Rush</u>

**<u>Tuesday, January 27, 2015</u>**

**The following cases are set at 9:30 a.m. before Judge Rush:**

| | | |
|---|---|---|
| 14-03072-CR-S-MDH | United States | Abram McGull |
| | v. | |
| -02 | Michael Anthony Spears | Kristin Jones |
| -03 | Amanda Brook Roberts | Erica Mynarich |
| -04 | Donald Allen Spears | Bob Lewis |
| -05 | James Erin Guerin | Alison Hershewe |
| -06 | Laura Erin Guerin | Celeste Johns |
| | | |
| 14-05016-CR-SW-MDH | United States | Abram McGull |
| | v. | |
| -01 | Matthew Casas | Ann Koszuth |

| | | | |
|---|---|---|---|
| 14-05012-CR-SW-MDH | | United States | Abe McGull |
| | | v. | |
| -01 | | Shauna C. Voskamp | Stuart Huffman |

| | | | |
|---|---|---|---|
| 14-03023-CR-S-MDH | | United States | Abe McGull |
| | | v. | |
| -01 | | Lisa Kay Barwick-Majeski | Ann Koszuth |
| -02 | | Nancy Madelen Peebles | Adam Woody |
| -03 | | Kenneth Fred Ruhl | Alison Hershewe |
| -04 | | Terry L. Shupe | Branden Twibell |
| -05 | | Cheryl M. Barber | Art Duncan |

| | | | |
|---|---|---|---|
| 13-05050-CR-SW-MDH | | United States | Patrick Carney |
| | | v. | |
| -01 | | Donald Eugene Ruddick | David Mercer |

| | | | |
|---|---|---|---|
| 14-03029-CR-S-BCW | | United States | Gary Milligan |
| | | v. | |
| -01 | | David C. Brzyski | John Kizer |

| | | | |
|---|---|---|---|
| 14-03079-CR-S-MDH | | United States | Randy Eggert |
| | | v. | |
| -01 | | Jonathan Heredia | Don Cooley |

| | | |
|---|---|---|
| 14-03034-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Paul Young | David Mercer |
| | | |
| 14-05021-CR-SW-MDH | United States | Abe McGull |
| | v. | |
| -01 | Roger L. Todd | David Mercer |
| | | |
| 14-05023-CR-S-BP | United States | Jim Kelleher |
| | v. | |
| -01 | Mark Eugene Drew | David Mercer |
| | | |
| 14-0200-CR-S-MDH | United States | Abe McGull |
| | v. | |
| -01 | Ronald Snodgrass | Shane Cantin |
| | | |
| 14-05029-CR-SW-BP | United States | Patrick Carney |
| | v. | |
| -01 | Stephen Grimmett | Ann Koszuth |
| -02 | Christopher Ransom | John Appelquist |
| | | |
| 14-03065-CR-S-MDH | United States | Patrick Carney |
| | v. | |
| -01 | Andrew Paul Dinsmore | Ann Koszuth |

| | | |
|---|---|---|
| 14-05032-CR-SW-MDH | United States | Ami Miller |
| | v. | |
| -01 | Miriam Deleon | Dee Wampler |
| -02 | Israel Belmontes-Cisneros | Kristopher Crews |
| -03 | Jose Luis Deleon, Jr. | Larry Tyrrell |
| -04 | Jack Holguin | Don Cooley |
| -05 | Ashley Lynn Mobley | Larry Moore |
| -06 | Juan Leonard Simmons | Damon Phillips |
| -07 | Brian Ashton | Curtis Garner |
| -08 | Billy Duane Henson | Jason Johnson |
| -09 | Brian Stark | William Worsham |
| -10 | Jeremy McClean | Dean Price |
| -11 | Eric Allen Meyer | Tom Kapstrom |
| | | |
| 14-03006-CR-S-GAF | United States | Jim Kelleher |
| | v. | |
| -01 | Ronald Mazza | David Mercer |
| | | |
| 14-05010-CR-SW-BCW | United States | Patrick Carney |
| | v. | |
| -01 | Steven Cottle | David Mercer |
| | | |
| 14-03043-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Joshua R. Clark | Michelle Moulder |

| | | |
|---|---|---|
| 14-03031-CR-S-BP | United States | Patrick Carney |
| | v. | |
| -01 | Andre Garnett | Michelle Law |
| 14-03009CR-S-BCW | United States | Gene Porter |
| | v. | |
| -01 | Georgi G. Gevorgyan | John Appelquist |
| -02 | Marat V. Hovhannisyan | Ann Koszuth |
| 14-03078-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Jarod Michel | Nathan Garrett |
| 14-05027-CR-SW-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Frank Edwin Ness | Michelle Moulder |
| 14-05017-CR-SW-MDH | United States | Mike Oliver |
| | v. | |
| -01 | Vincent Hay | Michelle Law |
| 14-03082-CR-S-MDH | United States | Abe McGull |
| | v. | |
| -01 | Diana L. Emery | Stuart Huffman |

| | | |
|---|---|---|
| 14-05034-CR-SW-BCW | United States | Ami Miller |
| | v. | |
| -01 | Mark Russell | Michelle Moulder |
| | | |
| 14-03081-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Donald Eugene Kerns | Ian Lewis |
| | | |
| 11-03097-CR-S-GAF | United States | Randy Eggert |
| | v. | |
| -01 | Michael R. Ussery | Bob Lewis |
| | | |
| 14-05039-CR-SW-MDH | United States | Nhan Nguyen |
| | v. | |
| -01 | Christopher S. Long | Ann Koszuth |
| | | |
| 13-05056-CR-SW-BP | United States | Patrick Carney |
| | v. | |
| -01 | Ricardo Vargas-Villalobos | Nancy Price |
| | | |
| 14-03104-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Scott Goodwin-Bey | Michelle Moulder |

| | | | |
|---|---|---|---|
| 14-03106-CR-S-MDH | | United States | Randy Eggert/<br>Gary Millgan |
| | | v. | |
| | -01 | Kenneth Friend | Stuart Huffman |
| | -02 | Kenna M. Harmon | Brian Risley |
| | -03 | Eric M. McClanahan | John Tyrrell |
| | -04 | Nelson Olmeda | David Back |
| | -05 | Anthony J. Van Pelt | Chris Freiburger |
| | -06 | Anthony M. Massoni | Shane Cantin |
| | -09 | Melody W. Carpenter | Adam Woody |
| | -11 | Donnette C. Davis | Alison Hershewe |
| | -12 | Joseph R. Allen | Bob Lewis |
| | | | |
| 14-03105-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Edward Penn | Brady Musgrave |
| | | | |
| 14-03109-CR-S-MDH | | United States | Abe McGull |
| | | v. | |
| | -01 | Steven Reed | David Mercer |
| | | | |
| 14-05048-CR-SW-GAF | | United States | Steve Mohlhenrich |
| | | v. | |
| | -01 | Raul Armando Rosales-Portillo | Michelle Moulder |

| | | |
|---|---|---|
| 14-05046-CR-SW-BCW | United States | Ami Miller |
| | v. | |
| -01 | Jeremiah Shane Talbott | David Mercer |
| | | |
| 14-03101-CR-S-MDH | United States | Steve Mohlhenrich |
| | v. | |
| -01 | Wesley Vernon Delport | Ann Koszuth |
| -02 | Alton Louis Vaughn, Sr. | Shane Cantin |
| | | |
| 14-05047-CR-SW-BCW | United States | Abe McGull |
| | v. | |
| -01 | Louis Anthony Hardison | Ann Koszuth |
| | | |
| 14-0337-CR-S-GAF | United States | Abe McGull |
| | v. | |
| -01 | Michael E. Mullaney | Adam Woody |
| -02 | William E. Parker | Ian Lewis |
| | | |
| 14-05036-CR-SW-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Robert L. Campbell | David Mercer |
| | | |
| 14-05041-CR-SW-DGK | United States | Ami Miller |
| | v. | |
| -01 | Michael Deal Ray | Ian Lewis |

| | | |
|---|---|---|
| 14-03103-CR-S-MDH | United States | Tim Garrison |
| | v. | |
| -01 | Philip Eugene Polen | Michelle Moulder |
| | | |
| 14-03107-CR-S-DGK | United States | Nhan Nguyen |
| | v. | |
| -01 | Robert M. Huss | David Mercer |

**The following cases are set at 10:00 a.m. before Judge England:**

| | | |
|---|---|---|
| 14-03010-CR-S-DGK | United States | Gary Milligan |
| | v. | |
| -01 | Danny D. Bartlett | Jack Lee Miller |
| | | |
| 13-05036-CR-SW-MDH | United States | Ami Miller |
| | v. | |
| -16 | Michael Fordyce | Josh Roberts |
| | | |
| 13-03103-CR-S-MDH | United States | Randy Eggert |
| | v. | |
| -01 | Brian D. Hanson | Tom Carver |
| -03 | Brenda Sue Swearingin | Don Cooley |
| -04 | Jorge Torres, Jr. | Alison Hershewe |

                                                  */s/ David P. Rush*  
                                                  DAVID P. RUSH  
                               UNITED STATES MAGISTRATE JUDGE

Date: January 13, 2015