*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

| | |
|---|---|
| UNITED STATES OF AMERICA | Date:   January 27, 2015 |
| vs. | Case No. 14-3104-01-CR-S-MDH |
| SCOTT GOODWIN-BEY | |

Honorable David P. Rush, presiding at Springfield, Missouri

Nature of Hearing:   Status Conference

Time Commenced: 9:30 a.m.          Time Terminated: 9:34 a.m.

APPEARANCES

Plaintiff:   James Kelleher, AUSA          Defendant:   Michelle Moulder, AFPD

Proceedings: Parties appear as indicated, defendant in person.   Defense counsel orally moves to withdraw as counsel.   Court will grant the motion and appoint new counsel.   Defendant continued in custody.


ERO/Courtroom Deputy:   Kerry Schroeppel