IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 14-03104-01-CR-S-MDH |
| ) | |
| SCOTT GOODWIN-BEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER APPOINTING COUNSEL

Michelle Moulder, Assistant Federal Public Defender, has orally moved to withdraw. Accordingly it is hereby

ORDERED that Michelle Moulder, Assistant Federal Public Defender be, and is hereby, granted leave to withdraw as counsel in this case; and it is further

ORDERED that, pursuant to the Criminal Justice Act (18 U.S.C. §3006A), Brian Risley, Attorney at Law, be, and is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by Order of the United States District Court for the Western District of Missouri.

                                              */s/ David P. Rush*
                                              DAVID P. RUSH
                                              United States Magistrate Judge

Date: January 27, 2015