IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action |
| v. | ) | No. 14-3104-01-CR-S-MDH |
| | ) | |
| SCOTT GOODWIN-BEY, | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

Comes now Defendant, Scott Goodwin-Bey, and understanding his right to a speedy trial, hereby waives his right to a speedy trial herein.

_2/3/15_____  _/s/_ Scott Goodwin-Bey_____
Date                            SCOTT GOODWIN-BEY

Respectfully submitted,

_/s/ Brian D.Risley_____
Brian D. Risley     MO BAR# 50580
1441 E. Primrose St.
Springfield, Missouri  65804
(417) 882-3333; fax 882-4444
Email: bdrizlee@yahoo.com
Attorney for the Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of February, 2015, the foregoing document was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case.

/s/ Brian D. Risley_____
Brian D. Risley