# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
    May 4, 2015

## ORDER

Pursuant to the directions of the Honorable Greg Kays, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate Judge James C. England and David P. Rush commencing on Tuesday, April 7, 2015, at the times shown below.  The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference.  **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. Final plea agreements are to be signed prior to the conference or be ready for signature at the conference.**  Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made.  Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing May 4, 2015.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is June 8, 2015, shall file such motion in a timely

fashion. A motion not timely filed will be summarily denied. Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. The moving party must attach a written Waiver of Speedy Trial Rights bearing his or her client's signature. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge James C. England and Judge David P. Rush</u>

**<u>Tuesday, April 7, 2015</u>**

**The following cases are set at 9:30 a.m. before Judge Rush:**

| | | |
|---|---|---|
| 14-05029-CR-SW-BP | United States | Patrick Carney |
| | v. | |
| -01 | Stephen Grimmett | Teresa Grantham |
| -02 | Christopher Ransom | John Appelquist |
| | | |
| 14-03082-CR-S-MDH | United States | Abe McGull |
| | v. | |
| -01 | Diana L. Emery | Stuart Huffman |

| | | |
|---|---|---|
| 14-05036-CR-SW-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Robert L. Campbell | Branden Twibell |
| | | |
| 14-03103-CR-S-MDH | United States | Tim Garrison |
| | v. | |
| -01 | Philip Eugene Polen | Michelle Moulder |
| | | |
| 13-05053-CR-S-BCW | United States | Patrick Carney |
| | v. | |
| -01 | Bob True Beisly, II | Tyce Smith |
| | | |
| 13-03123-CR-S-MDH | United States | Randy Eggert |
| | v. | |
| -01 | Joshua William Vawter | Dan Viets |
| -02 | Angelo Charles Vetrano | Richard M. Lagone |
| | | |
| 14-03068-CR-S-MDH | United States | Nhan Nguyen |
| | v. | |
| -01 | William Cruz Martinez | Donald Cooley |
| | | |
| 14-03057-CR-S-BP | United States | Nhan Nguyen |
| | v. | |
| -01 | Carrie L. Blue | Donald Cooley |

| | | |
|---|---|---|
| 15-03009-CR-S-DGK | United States | Ami Miller |
| | v. | |
| -01 | Charles Neel Alexander | Michelle Moulder |
| | | |
| 15-3007-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Chelese Penn | Erica Mynarich |
| | | |
| 15-03011-CR-S-MDH | United States | Randy Eggert |
| | v. | |
| -01 | Steven George Williams | Art Duncan |
| | | |
| 15-05005-CR-S-MDH | United States | Randy Eggert |
| | v. | |
| -01 | Theodore Lane | Kristin Jones |
| | | |
| 14-03055-CR-S-MDH | United States | Nhan Nguyen |
| | v. | |
| -01 | George Stewart Schrand | Ian Lewis |
| | | |
| 14-05017-CR-S-MDH | United States | Randy Eggert |
| | v. | |
| -01 | Vincent Hay | Michelle Law |

| | | |
|---|---|---|
| 14-05033-CR-SW-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | William M. Eaton | David Mercer |
| | | |
| 14-05043-CR-SW-SRB | United States | Abe McGull |
| | v. | |
| -01 | Jo Ann Nickell | Shane Cantin |
| | | |
| 14-03079-CR-S-MDH | United States | Randy Eggert |
| | v. | |
| -01 | Jonathan Heredia | Nancy Price |
| | | |
| 14-05027-CR-SW-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Frank Edwin Ness | Adam Woody |
| | | |
| 14-05039-CR-SW-MDH | United States | Nhan Nguyen |
| | v. | |
| -01 | Christopher S. Long | Ann Koszuth |
| | | |
| 11-03097-CR-S-SRB | United States | Randy Eggert |
| | v. | |
| -01 | Michael R. Ussery | Bob Lewis |

| | | | |
|---|---|---|---|
| 14-03106-CR-S-MDH | | United States | Randy Eggert/ Gary Milligan |
| | | v. | |
| | -01 | Kenneth Friend | Stuart Huffman |
| | -02 | Kenna M. Harmon | Brian Risley |
| | -03 | Eric M. McClanahan | John Tyrrell |
| | -04 | Nelson Olmeda | David Back |
| | -05 | Anthony J. Van Pelt | Chris Freiburger |
| | -06 | Anthony M. Massoni | Shane Cantin |
| | -08 | Cheryl D. Paluczak | Marsha Jackson |
| | -09 | Melody W. Carpenter | Stacie Bilyeu |
| | -11 | Donette C. Davis | Alison Hershewe |
| | -12 | Joseph R. Allen | Bob Lewis |
| 14-03107-CR-S-MDH | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Robert M. Huss | David Mercer |
| 14-03072-CR-S-MDH | | United States | Abe McGull |
| | | v. | |
| | -05 | James Erin Guerin | Alison Hershewe |
| 14-03078-CR-S-SRB | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Jaron Michel | Nathan Garrett |

| | | | |
|---|---|---|---|
| 14-03104-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Scott Goodwin-Bey | Brian Risley |
| 14-03012-CR-S-BP | | United States | Ami Miller |
| | | v. | |
| | -01 | John Jouett Waddell | Tom Carver |
| 15-03023-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Nicholas James Dickerson | Ann Koszuth |
| 15-05007-CR-SW-SRB | | United States | Ami Miller |
| | | v. | |
| | -01 | Ernest Andrew Britten | Michelle Moulder |
| | -02 | Kendra K. Britten | Bob Lewis |
| 15-03018-CR-S-BCW | | United States | Patrick Carney |
| | | v. | |
| | -01 | John Michael McCullough | David Mercer |
| 15-03020-CR-S-BP | | United States | Gary Milligan |
| | | v. | |
| | -01 | Gary R. Butts | Russell P. Dempsey |

| | | |
|---|---|---|
| 15-03027-CR-S-BP | United States | Tim Garrison |
| | v. | |
| -01 | Joseph Anthony Salsberry | Ann Koszuth |
| -02 | Rachel Marie Gilmore | Kristin Jones |
| -03 | Lucas Don Harper | John Appelquist |
| | | |
| 15-03024-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Leta Faye Douglas | Stuart Huffman |
| | | |
| 15-03004-CR-S-SRB | United States | Nhan Nguyen |
| | v. | |
| -01 | Jarrell Sutton | David Mercer |
| | | |
| 15-03019-CR-S-DGK | United States | Patrick Carney |
| | v. | |
| -01 | Robert Joseph Champion | David Mercer |
| | | |
| 15-05008-CR-SW-DGK | United States | Ami Miller |
| | v. | |
| -01 | Michael Douglas Peterson | Will Worsham |
| | | |
| 15-03021-CR-S-MDH | United States | Ami Miller |
| | v. | |
| -01 | Michael Robert Hall | Ian Lewis |

| | | |
|---|---|---|
| 15-03026-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | David J. Andrews | Ann Koszuth |
| | | |
| 13-03068-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Wayne H. Files | David Mercer |

**The following cases are set at 9:30 a.m. before Judge England:**

| | | |
|---|---|---|
| 12-03045-CR-S-BCW | United States | Tim Garrison |
| | v. | |
| -01 | Charles Frederick White | Roger Jones |
| | | |
| 13-05036-CR-SW-MDH | United States | Ami Miller |
| | v. | |
| -06 | Abraham Cazares | Donald Harmening |

                                               */s/ David P. Rush*
                                               DAVID P. RUSH
                                    UNITED STATES MAGISTRATE JUDGE

Date: March 30, 2015