2          IN THE UNITED STATES DISTRICT COURT FOR THE
                WESTERN DISTRICT OF MISSOURI
3                    SOUTHERN DIVISION

4  UNITED STATES OF AMERICA,     ) Case No. 14-03104-01-CR-S-MDH
                                 )
5          Plaintiff,            ) Springfield, Missouri
                                 ) December 1, 2014
6  v.                            )
                                 )
7  SCOTT GOODWIN-BEY,            )
                                 )
8          Defendant.            )
   _____)

9
          TRANSCRIPT OF HEARING ON FIRST APPEARANCE
10           BEFORE THE HONORABLE DAVID P. RUSH
              UNITED STATES MAGISTRATE JUDGE
11
   APPEARANCES:
12
   For the Plaintiff:          James J. Kelleher, Esq.
13                             Assistant United States Attorney
                               901 St. Louis St., Ste. 500
14                             Springfield, MO  65806
                               (417) 831-4406
15

16

17
   Court Audio Operator:        Ms. Karen Siegert
18

19

20

21
   Transcribed by:             Rapid Transcript
22                             Lissa C. Whittaker
                               1001 West 65th Street
23                             Kansas City, MO  64113
                               (816) 914-3613
24
   Proceedings recorded by electronic sound recording, transcript
25 produced by transcription service.

1    (Court in Session at 2:41 p.m.)

2        THE COURT:  Calling in *United States vs. Scott Goodwin-*

3    *Bey*.  The defendant is present in the courtroom.  The United

4    States is present represented by Assistant United States

5    Attorney, Mr. Jim Kelleher.  This matter is set this afternoon

6    for an initial appearance on a criminal complaint, which was

7    filed on December 1st, 2014.  Mr. Goodwin-Bey, I believe you've

8    been provided a copy of the complaint in this case, have you not?

9        MR. GOODWIN-BEY:  Yes, Your Honor.

10       THE COURT:  The law requires me to advise you that you

11   are not required to make any statements, and any statements you

12   make may be used against you in court.  You have the right to

13   hire a lawyer.  If you cannot afford one, I would appoint one to

14   represent you.  In that regard, you filled out an Affidavit of

15   Financial Status just a few moments ago.  Would you please raise

16   your right hand?

17       SCOTT GOODWIN-BEY, DEFENDANT, SWORN

18       THE COURT:  Are you asking the Court to appoint counsel

19   to represent you?

20       MR. GOODWIN-BEY:  No, Your Honor.  I may need -- I may

21   need counsel, but I may be able to afford one, if I'm allowed to

22   continue to work.

23       THE COURT:  Well, I'm going to ask the attorney for the

24   Government what their position is on detention, and you're likely

25   to have a hearing either way in about three days, regardless of

1  what the Government requests.  And so I'm inclined to appoint

2  counsel to represent you because, if you can't retain one, you're

3  going to need an attorney at that hearing.  Let me ask the

4  Government first what the position of the United States is in

5  regard to the defendant's custody status?

6         MR. KELLEHER:  Predicated on the nature of the offense,

7  as well as Mr. Goodwin-Bey's criminal history, the Government

8  moves to detain him.

9         THE COURT:  Mr. Goodwin-Bey, the Government has a right

10  to ask that you be held without bail, and you have a right to

11  challenge that request.  And so, I'm going to set this for a

12  detention hearing on Thursday December the 4th at 9:00 a.m.  At

13  that time we also conduct the preliminary hearing in regard to

14  the criminal complaint.  So, prior to that time, you should have

15  an opportunity to meet with or speak with your counsel and decide

16  how you wish to proceed with your case.  I'm going to go ahead

17  and appoint the Public Defender's Office to represent you in this

18  matter at this time.  If you are able to retain counsel to

19  represent you, then they need to be present at that hearing

20  because we're going to take up the issue of your custody status

21  and also conduct the preliminary hearing.  Do you understand?

22         MR. GOODWIN-BEY:  Okay.  Yes, Your Honor, I'd like to

23  challenge at this point.  I mean, you know, I have a job, you

24  know.

25         THE COURT:  Yeah.  Well, Mr. Goodwin-Bey, I'll just tell

1  you, you know, you save that for your discussion with your

2  attorney.  You know, the Court will take up the issue of your

3  custody on the hearing on December the 4th.  You can address that

4  with your attorney.  I just feel like it's best that you not make

5  any statements at this time until you've had a chance to talk to

6  your counsel.  Anything further from the United States?

7      MR. KELLEHER:  No, Your Honor.  Thank you.

8      THE COURT:  All right.  With that, we'll be in recess.

9  Thank you.

10      (Court Adjourned at 2:44 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

1

2

3

4

5

6

7

8

9      I certify that the foregoing is a correct transcript
from the electronic sound recording of the proceeding in the
10   above-entitled matter.

11

12      /s/ Lissa C. Whittaker        April 23, 2015
        Signature of transcriber            Date
13

14

15

16

17

18

19

20

21

22

23

24

25