```
 1

 2            IN THE UNITED STATES DISTRICT COURT FOR THE
                     WESTERN DISTRICT OF MISSOURI
 3                         SOUTHERN DIVISION

 4  UNITED STATES OF AMERICA,      ) Case No. 14-03104-01-CR-S-MDH
                                   )
 5          Plaintiff,             ) Springfield, Missouri
                                   ) December 4, 2014
 6  v.                             )
                                   )
 7  SCOTT GOODWIN-BEY,             )
                                   )
 8          Defendant.             )
    _____)
 9
             TRANSCRIPT OF PRELIMINARY AND DETENTION HEARING
10              BEFORE THE HONORABLE DAVID P. RUSH
                   UNITED STATES MAGISTRATE JUDGE
11
    APPEARANCES:
12
    For the Plaintiff:           James J. Kelleher, Esq.
13                               Assistant United States Attorney
                                 901 St. Louis St., Ste. 500
14                               Springfield, MO  65806
                                 (417) 831-4406
15
    For the Defendant:           Michelle Moulder, Esq.
16                               Federal Public Defender's Off.
                                 901 St. Louis St., Ste. 801
17                               Springfield, MO  65806
                                 (417) 873-9022
18
    Court Audio Operator:        Ms. Kerry Schroeppel
19
    Transcribed by:              Rapid Transcript
20                               Lissa C. Whittaker
                                 1001 West 65th Street
21                               Kansas City, MO  64113
                                 (816) 914-3613
22

23

24
    Proceedings recorded by electronic sound recording, transcript
25  produced by transcription service.
```

1           (Court in Session at 9:06 a.m.)

2           THE COURT:  Calling in *United States vs. Scott Goodwin-*
3  *Bey*.  The defendant is present in the courtroom along with his
4  attorney, Ms. Michelle Moulder.  The United States is present in
5  the courtroom represented by Assistant United States Attorney,
6  Mr. Jim Kelleher.  This matter is set this morning for a
7  preliminary hearing and detention hearing in regard to the
8  criminal complaint, which was filed on December 1st of 2014.  In
9  regard to the preliminary hearing portion of the proceeding, the
10 Court will take note of its own file, which includes the
11 affidavit in support of the criminal complaint filed on December
12 1st, 2014.  The Court would note for the record that ATF Task
13 Force Officer Robert McPhail, who is the affiant in regard to the
14 criminal complaint, is also present in the courtroom for these
15 proceedings.  The Court will take note of that same affidavit in
16 regard to detention and the information contained in the Pretrial
17 Services Report, which was authored by Missy Potter.  Kathy
18 Prater, with the United States Probation Office, is present in
19 the courtroom for these proceedings.  The Court will also note
20 that the United States has also filed a written motion for
21 pretrial detention.  Mr. Kelleher, with all that information
22 before the Court, do you have any evidence by way of witness or
23 proffer that you want to present on either the issue of probable
24 cause or detention?

25          MR. KELLEHER:  With regard to probable cause, no, Your

1  Honor.  However, I'd ask the Court to take judicial notice of Mr.
2  Goodwin-Bey's prior criminal cases that have come before the
3  court within the last five to ten years.
4         THE COURT:  All right.  Thank you, Mr. Kelleher.  And
5  the Court, I believe those convictions and criminal history is
6  noted in the Pretrial Service Report.  Is that correct?
7         MR. KELLEHER:  Yes, sir.
8         THE COURT:  All right.  Ms. Moulder, on behalf of Mr.
9  Goodwin-Bey, do you have anything that you'd like to present on
10 either issue this morning, probable cause or detention?
11        MS. MOULDER:  No evidence, Your Honor.  We would just
12 ask the Court to consider releasing him on bond.  We do believe
13 that the Court could fashion some conditions that would assure
14 both the safety of the public, and the other thing I would note
15 is that Mr. Goodwin-Bey would like for the Court to know that
16 he's not a flight risk and would ask the Court to consider again
17 imposing conditions.  He would like to be out so he could work
18 and be able to support himself pending resolution of this case.
19        THE COURT:  All right.  Thank you, Ms. Moulder.
20        MS. MOULDER:  Thank you.
21        THE COURT:  Well, for the record, I will find probable
22 cause to believe that the violation has been committed and order
23 that the matter be held for grand jury or other appropriate
24 proceedings.  I have reviewed, of course, the affidavit in
25 support of the criminal complaint and the Pretrial Services

                                                                 4
 1  Report, and I will reduce my order to a written order.  But
 2  there's no doubt in the Court's mind that the defendant is both a
 3  flight risk and a danger to the community, and I will find by a
 4  preponderance of the evidence that the defendant is a flight
 5  risk, and by clear and convincing evidence, that he's a danger to
 6  the community, and I will reduce that to a written order in the
 7  next several days.  But I do intend to file a written order
 8  detaining the defendant, and I will find both flight risk and
 9  danger to the community.  Is there anything further from either
10  side?
11          MS. MOULDER:  No, Your Honor.
12          MR. KELLEHER:  No, Your Honor.  Thank you.
13          THE COURT:  All right.  Thank you.  With that, we'll be
14  in recess.
15                  (Court Adjourned at 9:09 a.m.)

1
2
3
4
5
6
7
8
9  I certify that the foregoing is a correct transcript
   from the electronic sound recording of the proceeding in the
10 above-entitled matter.
11
12     /s/ Lissa C. Whittaker          April 23, 2015
       Signature of transcriber              Date
13
14
15
16
17
18
19
20
21
22
23
24
25