IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  ) CASE NO.
   Plantiff,                ) 14-03104-01-CR-S-MDH
                             )
V.                            )
                             )
                             )
SCOTT GOODWIN-BEY             )
   Defendant                 )
                             )

## MOTION TO RELIEVE COUNSEL

Comes now Scott Goodwin-Bey, defendant in the above caption, filing Pro-Se motion to relieve Defendants present cousel in the above case No.# 14-03104-01-CR-S-MDH. Amendment 6 of the United States Constitution affords Defendant the Right to receive effective assistance of Counsel in the criminal proceedings before Defendant. Defendant is not receiving effective assistance with Counsel [Brian D. Risley BAR NO# 50580] which violates Defendant constitutional rights to receive effective assistance of Counsel. Therefore Defendant respectfully moves the Court with humble request to relieve Defendants present Counsel [Brian D. Risley MO BAR #50580] of his INDIGENT duties concerning the above case.

(1)

Defendant requests to relieve counsel on the following grounds.

(1) Counsel is unable to communicate with defendant in a professional and courteous manner. Counsel is unable to refrain from using condescending facial expressions, and verbal remarks.

(2) Counsel is unable to mask his apparent contempt for defendant.

(3) Counsel has no intention to perform his duty and assert defendants cause in a effort to assure the best judgement for defendant.

(4) Counsel has sofar not been able to secure discovery pertinent to defendants cause.

(5) Counsel has not prepared a defense for defendant; Counsel has a (shoot from the hip) policy with the defendant case. (A cross that bridge when we get there attitude)

(6) Counsel does not have a investigator to help him.

Therefore, defendant respectfully request this court to relieve counsel [Brian D. Risley] and re-appoint defendant with effective counsel.

Date: 4/28/15   Signature: Goodwin-Bey

Greene County Justice Center   Goodwin-Bey, Scott #110884   **INDIGENT** (2)

## Certificate of Service

I hereby certify that on the 28th day of April, 2015, the foregoing document was sent via U.S. Postal Mail Service to the Clerk's Office of the United States District Court Western District of Missouri, Southern Division

1400 U.S. Courthouse
222 John Q. Hammons Pkwy
Springfield, Missouri 65806

Goodwin-Bey, Scott #110884

/s/ Goodwin-Bey  4/28/15

Greene County Justice Center
1000 N. Boonville
Springfield, MO 65802

(3)
INDIGENT