**GREENE COUNTY JUSTICE CENTER**
1000 N Boonville
Springfield MO. 65802

Goodwin-Bey, Scott
_____
Inmate Name

110884
_____
Jacket #

LEGAL MAIL

Clerk's Office
United States District Court
Western District of Missouri
1400 U.S. Courthouse
222 John Q. Hammons Parkway
Springfield, Missouri 65806

INDIGENT