*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

| | |
|---|---|
| UNITED STATES OF AMERICA | Date: July 28, 2015 |
| vs. | Case No. 14-3104-01-CR-S-MDH |
| SCOTT GOODWIN-BEY | |

Honorable David P. Rush, presiding at Springfield, Missouri

Nature of Hearing: Status Conference

Time Commenced: 11:32 a.m.                                    Time Terminated: 11:48 a.m.

APPEARANCES

Plaintiff: James Kelleher, AUSA                    Defendant: Brian Risely, CJA

Proceedings: Parties appear as indicated, defendant in person. Court takes notice of defendant's pro se Motion to Relieve Current Counsel (Doc. 31). Defendant allowed allocution. Court grants the motion and will appoint new counsel. Case remains set on September Joint Criminal Trial Docket.

ERO/Courtroom Deputy: Kerry Schroeppel