IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 14-03104-01-CR-S-MDH |
| ) | |
| SCOTT GOODWIN-BEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER APPOINTING COUNSEL

ORDERED that Brian Risley, attorney at law be, and is hereby, granted leave to withdraw as counsel in this case; and it is further

ORDERED that, pursuant to the Criminal Justice Act (18 U.S.C. §3006A), Shane Cantin, Attorney at Law, be, and is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by Order of the United States District Court for the Western District of Missouri.

　　　　　　　　　　　　　　　　　　　　 /s/ David P. Rush
　　　　　　　　　　　　　　　　　　　　DAVID P. RUSH
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Date: July 28, 2015