# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
September 21, 2015

## ORDER

Pursuant to the directions of the Honorable Greg Kays, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate Judge James C. England and David P. Rush commencing on Tuesday, August 25, 2015, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. Final plea agreements are to be signed prior to the conference or be ready for signature at the conference.** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing September 21, 2015.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is October 26, 2015, shall file such motion in a timely

fashion.  A motion not timely filed will be summarily denied.  Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied.   Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action.  The moving party must attach a written Waiver of Speedy Trial Rights bearing his or her client's signature.   It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea.  If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge James C. England and Judge David P. Rush</u>

<u>**Tuesday, August 25, 2015**</u>

**The following cases are set at 9:30 a.m. before Judge Rush:**

| | | | |
|---|---|---|---|
| 15-05017-CR-SW-DGK | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Michael Watson | Ann Koszuth |
| | | | |
| 14-05032-CR-SW-MDH | | United States | Ami Miller |
| | | v. | |
| | -04 | Jack Holguin | Don Cooley |
| | -07 | Brian Ashton | Curtis Garner |
| | | | |
| 14-03109-CR-S-MDH | | United States | Abe McGull |
| | | v. | |
| | -01 | Steven Reed | David Mercer |

| | | | |
|---|---|---|---|
| 14-05022-CR-SW-BCW | | United States | Patrick Carney |
| | | v. | |
| | -01 | James Hajny | Brady Musgrave |
| | -02 | Gina Hajny | Erica Mynarich |

| | | | |
|---|---|---|---|
| 14-0337-CR-S-SRB | | United States | Abe McGull |
| | | v. | |
| | -01 | Michael E. Mullaney | Adam Woody |
| | -02 | William E. Parker | Ian Lewis |

| | | | |
|---|---|---|---|
| 15-03027-CR-S-BP | | United States | Tim Garrison |
| | | v. | |
| | -01 | Joseph Anthony Salsberry | Ann Koszuth |
| | -02 | Rachel Marie Gilmore | Kristin Jones |
| | -03 | Lucas Don Harper | John Appelquist |

| | | | |
|---|---|---|---|
| 14-03104-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Scott Goodwin-Bey | Shane Cantin |

| | | | |
|---|---|---|---|
| 15-03021-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Michael Robert Hall | Ian Lewis |

| | | | |
|---|---|---|---|
| 15-03024-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Leta Faye Douglas | Stuart Huffman |
| | | | |
| 14-05025-CR-SW-SRB | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Aaron Longnecker | Ian Lewis |
| | | | |
| 15-03040-CR-S-DGK | | United States | Gary Milligan |
| | | v. | |
| | -01 | Brandon S. Martz | John Kizer |
| | -02 | Brandon L. Rubio | Brady Musgrave |
| | | | |
| 15-03044-CR-S-MDH | | United States | Tim Garrison |
| | | v. | |
| | -01 | Enrique Fortiz-Huerta | Ian Lewis |
| | -02 | Juan Garcia, Jr. | John Tyrrell |
| | -03 | Yosjan Brizuelas-Mieres | Tracey Martin |
| | | | |
| 14-05021-CR-SW-MDH | | United States | Abe McGull |
| | | v. | |
| | -01 | Roger L. Todd | David Mercer |

| | | | |
|---|---|---|---|
| 15-05001-CR-SW-SRB | | United States | Tim Garrison |
| | | v. | |
| | -01 | David Leroy Dickenson | Stuart Huffman |
| 15-03013-CR-S-BP | | United States | Randy Eggert |
| | | v. | |
| | -02 | Richard Romel Taylor | Stuart Huffman |
| 15-05006-CR-SW-SRB | | United States | Randy Eggert |
| | | v. | |
| | -01 | Franklin McLean | Bob Lewis |
| 15-03010-CR-S-MDH | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | George A. Guthrie | Josh Roberts |
| 14-03093-CR-S-BP | | United States | Patrick Carney |
| | | v. | |
| | -01 | Jered C. Blair | David Mercer |
| 14-05036-CR-SW-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Robert L. Campbell | Branden Twibell |

| | | |
|---|---|---|
| 15-03055-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Benjamin Hopper | Ian Lewis |
| | | |
| 14-03071-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Charles T. Bacon | John Appelquist |
| | | |
| 14-03038-CR-S-DGK | United States | Steve Mohlhenrick |
| | v. | |
| -01 | Marty L. Brickey | Shane Cantin |
| | | |
| 14-03072-CR-S-MDH | United States | Abe McGull |
| | v. | |
| -05 | James Erin Guerin | Alison Hershewe |
| | | |
| 13-03081-CR-S-MDH | United States | Patrick Carney |
| | v. | |
| -01 | Mark Richard Dallman | Kristin Jones |
| | | |
| 14-03077-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Tyler Coons | Dee Wampler |

| | | | |
|---|---|---|---|
| 14-05042-CR-SW-MDH | | United States | Abe McGull |
| | | v. | |
| | -01 | James Allen Crippen | Michelle Moulder |

| | | | |
|---|---|---|---|
| 15-03073-CR-S-DGK | | United States | Ami Miller |
| | | v. | |
| | -01 | Gary Thomas Sheldon | Michelle Moulder |

| | | | |
|---|---|---|---|
| 15-05029-CR-SW-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Kevin Michael Nosser | Ann Koszuth |

| | | | |
|---|---|---|---|
| 15-03076-CR-S-DGK | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Deauntee Q. Mosby | William Ekiss |
| | -03 | Dionne T. Ackerley | Adam Woody |
| | -04 | Joseph Roat | Teresa Grantham |
| | -05 | Joshua C. Leamon | Alison Hershewe |
| | -06 | Zachary H. Vankirk | Celeste Johns |
| | -07 | Arash J. Karimian | Branden Twibell |

| | | | |
|---|---|---|---|
| 15-05027CR-SW-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Joseph William Colvin | Ian Lewis |

| | | | |
|---|---|---|---|
| 15-03075-CR-S-MDH | United States | | Randy Eggert |
| | v. | | |
| -01 | Ronald Moyer | | Ian Lewis |

**The following cases are set at 10:30 a.m. before Judge England:**

| | | | |
|---|---|---|---|
| 13-05036-CR-SW-MDH | United States | | Ami Miller |
| | v. | | |
| -06 | Abraham Cazares | | Don Harmening |

*/s/ David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

Date: August 13, 2015