IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

**ORDER OF TRANSFER**

With the consent of the Honorable Douglas Harpool the criminal cases listed on Attachment A to this order are hereby transferred to Judge Roseann Ketchmark.

IT IS SO ORDERED.

          /s/ Greg Kays
          Greg Kays, Chief Judge
          United States District Court

Date: October 29, 2015

Attachment A

| Case No. | Transferee Judge | Style of Case |
| --- | --- | --- |
| 14-5033-1 | MDH | USA v. William Eaton |
| 15-5009-1 | MDH | USA v. Michael Zentner |
| 15-5018-1 | MDH | USA v. Ernest Haney |
| 15-5034-1 | MDH | USA v. Santiago Soto-Garcia |
| 15-5034-2 | MDH | USA v. Destiny O'Brien |
| 15-5034-3 | MDH | USA v. Michael Gonzalez |
| 14-3023-1 | MDH | USA v. Lisa Barwick-Majeski |
| 14-3023-2 | MDH | USA v. Nancy Peebles |
| 14-3023-3 | MDH | USA v. Kenneth Ruhl |
| 14-3023-4 | MDH | USA v. Terry Shupe |
| 14-3071-1 | MDH | USA v. Charles Bacon |
| 14-3104-1 | MDH | USA v. Scott Goodwin-Bey |
| 15-3021-1 | MDH | USA v. Michael Hall |
| 15-3039-1 | MDH | USA v. Ronald Downey |
| 15-3052-1 | MDH | USA v. Anthony Dixon |
| 15-3063-1 | MDH | USA v. Cipriano Gomez-Ortega |
| 15-3075-1 | MDH | USA v. Ronald Moyer |