# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 14-03104-01-CR-S-RK |
| SCOTT GOODWIN-BEY, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Upon motion for the defendant, and for good cause appearing, it is hereby

ORDERED that the defendant be, and is hereby, granted leave of the Court to file defendant's pretrial motions out of time. Defendant's pretrial motions shall be filed on or before December 16, 2015.

                                                 */s/ David P. Rush*
                                                 DAVID P. RUSH
                                                 United States Magistrate Judge

Date: <u>December 2, 2015</u>