# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 14-03104-01-CR-S-RK |
| | ) | |
| SCOTT GOODWIN-BEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon motion for the Government, and for good cause appearing, it is hereby

ORDERED that the Government be, and is hereby, granted an enlargement of time to and including January 19, 2016, in which to file a response to defendant's motion to suppress evidence and statements.

                                  */s/ David P. Rush*
                                  DAVID P. RUSH
                                  United States Magistrate Judge

Date: January 5, 2016