*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**UNITED STATES OF AMERICA**         Date:      April 5, 2016

vs.                                  Case No.:  14-3104-01-CR-S-MDH

**SCOTT GOODWIN-BEY**

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing: Suppression Hearing**

**Time Commenced: 1:15 p.m.**                **Time Terminated: 2:29 p.m.**

APPEARANCES

**Plaintiff:**   James Joseph Kelleher, AUSA
**Defendant:**   Shane Paul Cantin, CJA

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

> **Government's Case:** Witness Sandage sworn and testifies on direct and cross examinations. Witness Laub testifies on direct and cross examinations.
>
> **Defendant's Case:** Defense presents no evidence/argument and asserts the matter has been adequately briefed.
>
> Court takes Motion to Suppress under advisement and will issue written order.
>
> Defendant continued in custody.

**Witnesses:**  Officer Jennifer Sandage, Springfield Police Dept. (1:37 p.m. - 2:02 p.m.)
Lieutenant Jason Laub, Springfield Police Dept. (2:04 p.m. – 2:27 p.m.)

**Courtroom Deputy/ERO:** Steve Burch