UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 14-3104-01-CR-S-RK |
| | ) |
| SCOTT GOODWIN-BEY, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S EXHIBIT INDEX

| | | |
|---|---|---|
| ✓ = offered & admitted w/o objection | Ltd | = admitted for limited purposes of this hearing |
| Ex = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB = admitted, de bene | NO | = marked, but not offered |
| | WD | = offered, then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| A | ✓ Ltd | 4/5 | 13:57 | Officer Sandage Dash Cam video |
| B | ✓ Ltd | 4/5 | 13:51 | SPD 911 Call Log |
| C | ✓ Ltd | 4/5 | 14:03 | Sgt. Laub deposition transcript |
| D | ✓ Ltd | 4/5 | 13:46 | Officer Sandage deposition transcript |
| E | ✓ Ltd | 4/5 | 14:03 | SPD show up ID instructions |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # 1: I CERTIFY that the Court has on this, the 5th day of April, 2016, received from counsel the above-referenced exhibits. Said exhibits will be returned to counsel upon the Court's ruling.

/s/ Steve Burch
Courtroom Deputy / Deputy Clerk