UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 14-3104-01-CR-S-RK |
| | ) | |
| SCOTT GOODWIN-BEY, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S EXHIBIT INDEX

| ✓ = offered & admitted w/o objection | Ltd = admitted for limited purposes of this hearing |
|---|---|
| Ex = offered, but objected to and excluded | X = offered & admitted over objection |
| DB = admitted, de bene | NO = marked, but not offered |
| | WD = offered, then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ Ltd | 4/5 | 14:03 | Search Warrant |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # 1: I CERTIFY that the Court has on this, the 5th day of April, 2016, received from counsel the above-referenced exhibits. Said exhibits will be returned to counsel upon the Court's ruling.

/s/ Steve Burch
Courtroom Deputy / Deputy Clerk