# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
     August 15, 2016

## ORDER

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate Judge James C. England and David P. Rush commencing on Thursday, July 21, 2016, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. Final plea agreements are to be signed prior to the conference or be ready for signature at the conference.** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing August 15, 2016.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is September 19, 2016, shall file such motion in a timely

fashion. A motion not timely filed will be summarily denied. Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. The moving party must attach a written Waiver of Speedy Trial Rights bearing his or her client's signature. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

**<u>Tuesday, July 21, 2016</u>**

**The following cases are set at 9:30 a.m. before Judge Rush:**


| | | |
|---|---|---|
| 16-05004-CR-SW-RK | United States | Jody Larison |
| | v. | |
| -01 | Joseph L. Swofford | Kristin Jones |
| -03 | Randall E. Rice | John Kizer |
| | | |
| 15-03087-CR-S-MDH | United States | Tim Garrison |
| | v. | |
| -01 | Carl H. Amburn, Jr. | John Tyrrell |
| -02 | Michael D. Strong | Bob Lewis |
| -03 | Angela C. Howell | John Appelquist |

| | | |
|---|---|---|
| 15-03005-CR-S-SRB | United States | Casey Clark |
| | v. | |
| -01 | Christian Cannon | David Mercer |
| | | |
| 15-03103-CR-S-MDH | United States | Ami Miller |
| | v. | |
| -01 | Craig Michael Ralston | Michelle Law |
| | | |
| 15-03123-CR-S-RK | United States | Abe McGull |
| | v. | |
| -01 | Romulo Frank Delatorre | Michelle Law |
| -02 | Lisa Renae Thompson | Branden Twibell |
| -03 | Michael E. Ford | Dee Wampler |
| -04 | John R. Waits | Brady Musgrave |
| -05 | Arthur Sanchez | Alison Hershewe |
| | | |
| 15-03035-CR-S-MDH | United States | Abe McGull |
| | v. | |
| -01 | Williams Scott Williams | Ian Lewis |
| | | |
| 14-03040-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Francisco Sosa-Lopez | Art Duncan |

| | | | |
|---|---|---|---|
| 14-03106-CR-S-MDH | United States | | Randy Eggert |
| | v. | | |
| -01 | Kenneth Friend | | Stuart Huffman |
| -04 | Nelson Olmeda | | David Back |
| -05 | Anthony J. Van Pelt | | Chris Freiburger |
| -07 | Anthony Hatfield | | Reidar Hammond |
| -11 | Donette C. Davis | | Alison Hershewe |
| -15 | Robert Canales | | Charles Shull |
| -19 | Clayton J. Mendes | | George Mgdesyan |
| -20 | Kenneth A. Hoffman | | Dean Price |
| -22 | Brandon A. House | | Tracey Martin |
| -23 | Jeffrey L. Hatch | | Deirdre O'Donnell |
| -25 | David A. Floyd | | Larry Moore |
| -28 | Brandon W. Malen | | Nancy Price |
| | | | |
| 16-05003-CR-SW-BP | United States | | Jody Larison |
| | v. | | |
| -01 | Brian Bond | | James Hayes |
| | | | |
| 15-05008-CR-SW-RK | United States | | Ami Miller |
| | v. | | |
| -01 | Michael Douglas Peterson | | David Mercer |

| | | | |
|---|---|---|---|
| 15-05037-CR-SW-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Tanner D. Miller | Fleischaker |
| | | | |
| 16-05014-CR-SW-RK | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Paul Lloyd | Ian Lewis |
| | | | |
| 16-05017-CR-SW-BP | | United States | Ami Miller |
| | | v. | |
| | -01 | Ricky Raymond Ball | Ann Koszuth |
| | | | |
| 16-03070-CR-S-RK | | United States | Abe McGull |
| | | v. | |
| | -01 | Clayton B. Davis | David Back |
| | -02 | Gary L. Floyd | Kristin Jones |
| | -04 | Austin Eutsler | Josh Roberts |
| | -05 | Richard E. Donley | James Hayes |
| | | | |
| 16-05022-CR-SW-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Ashton Devondrea Bailey | Michelle Law |

| | | | |
|---|---|---|---|
| 16-05019-CR-SW-MDH | United States | | Randy Eggert |
| | v. | | |
| -01 | Raul R. Gonzales | | Ann Koszuth |
| 16-03071-CR-S-MDH | United States | | Ami Miller |
| | v. | | |
| -01 | Carrie Anne Allred | | David Mercer |
| 16-03065-CR-S-RK | United States | | Jody Larison |
| | v. | | |
| -01 | Conrad Starks | | Michelle Law |
| 16-03067-CR-S-MDH | United States | | Casey Clark |
| | v. | | |
| -01 | Tito Hilario Gonzalez-Rodriguez | | Ben McBride |
| 16-05021-CR-SW-MDH | United States | | Nhan Nguyen |
| | v. | | |
| -01 | Julie M. Drake | | Ian Lewis |
| 16-03066-CR-S-RK | United States | | Jody Larison |
| | v. | | |
| -01 | Lisa J. Cochrane | | David Mercer |

| | | | |
|---|---|---|---|
| 16-0306-CR-S-BP | | United States | Abe McGull |
| | | v. | |
| | -02 | Jessica Danay Johnson | Russell Dempsey |
| 16-03062-CR-S-RK | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Danny R. Jones | Jason Coatney |
| 16-03053-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Jason B. Roberts | Ann Koszuth |
| 16-03064-CR-S-RK | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Phillip D. Atkins | David Mercer |
| | -02 | Kayla M. Pittman-Atkins | David Back |
| 16-03034-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Bryan Kanieski | Ann Koszuth |
| 16-03063-CR-S-BP | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Christopher K. Clark | Ian Lewis |

| | | | |
|---|---|---|---|
| 16-03054-CR-S-MDH | | United States | Jody Larison |
| | | v. | |
| | -01 | Larry L. Sanders | Ian Lewis |
| | -02 | Denia Richardson | Bob Lewis |
| | | | |
| 15-03086-CR-S-MDH | | United States | Tim Garrison |
| | | v. | |
| | -01 | James Semajay Lee, Jr. | Michelle Moulder |
| | | | |
| 14-03104-CR-S-RK | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Scott Goodwin-Bey | Shane Cantin |

**The following cases are set at 10:30 a.m. before Judge England:**

| | | | |
|---|---|---|---|
| 06-05056-CR-SW-MDH | | United States | Abe McGull |
| | | v. | |
| | -01 | Larry A. Chamberlin | Michelle Law |

                                                                              */s/ David P. Rush*
                                                                               DAVID P. RUSH
                                       UNITED STATES MAGISTRATE JUDGE

Date:   July 11, 2016