MINUTE SHEET

**UNITED STATES OF AMERICA**          Date: July 21, 2016

vs.                                                               Case No.:   14-3104-01-CR-S-MDH

**SCOTT GOODWIN-BEY**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:   Pretrial Conference**

**Time Commenced:   9:15 a.m. (9:28 a.m.)**                     **Time Terminated:   9:31 a.m.**

---

**APPEARANCES**

**Plaintiff:   James Joseph Kelleher, AUSA**
**Defendant:   Shane Paul Cantin, CJA**

---

**Proceedings:   Parties appear as indicated above.   Defendant appears in person.**

**Parties announce they are proceeding with trial.   Defendant's counsel will be filing a Waiver of Jury Trial and parties request a bench trial.   Case will remain on the August 15, 2016 Joint Criminal Trial Docket.**

**Estimated Time Needed for Trial:   1 Day.**

**Defendant in custody.**

---

**Courtroom Deputy/ERO:   Steve Burch**