IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 14-3104-CR-S-MDH |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| SCOTT GOODWIN-BEY, | ) | |
| Defendant | ) | |

**<u>DEFENDANT'S WAIVER OF JURY TRIAL</u>**

COMES NOW the defendant, by and with his counsel herein, and pursuant to Rule 23 of the Federal Rules of Criminal Procedure, respectfully waives his right to a jury trial herein, and sets forth as follows:

1. Defendant desires to waive his right to a jury trial in this case. Defendant has had sufficient time to consult with counsel, and has considered the potential risks and benefits of waiving his right to a jury trial.

2. Defendant understands that a jury trial in this case would involve a process whereby 12 impartial people would be selected from a pool of persons drawn from the Western District of Missouri, and that these 12 people would make up the jury in this case.

3. Defendant understands that before he could be found guilty, all 12 jurors would have to unanimously agree that the government had proven all of the elements of this charge reasonable doubt.

4. Defendant understands that by waiving his right to a jury trial, he is consenting to a trial by the Court only, and that the Court's verdict will have the same force as that of a jury verdict.

5. Counsel for the government consents to this waiver, and to a bench trial before the Court.

WHEREFORE, counsel respectfully requests that the Court grant the relief requested herein, and for such other orders as the Court deems necessary.

Sincerely,

*/s/Shane P. Cantin* (#41699)

CARVER, CANTIN & MYNARICH, LLC
COUNSEL FOR SCOTT GOODWIN-BEY
901 E. St. Louis, Suite 1600
Springfield, Missouri 65806
417-831-6363
shane@carvercantin.com

I, Scott Goodwin-Bey, have read the foregoing waiver of jury trial, and have had sufficient time to consult with my attorney, to review the discovery and evidence herein, and do consent to the filing of this waiver. I am knowingly, intelligently and voluntarily waiving my right to a jury trial in this case.

*/s/ Scott Goodwin-Bey*

**CERTIFICATE OF SERVICE**

      On this 2nd day of August, 2016, a copy of the foregoing motion was filed on the Court's ECF electronic filing system with copies to all counsel.

                                            */s/ Shane P. Cantin*