UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
CHARLES EVANS WHITTAKER UNITED STATES COURTHOUSE
400 EAST 9TH STREET, ROOM 6672
KANSAS CITY, MISSOURI 64106

SARAH W. HAYS (816)512-5775
MAGISTRATE JUDGE FAX (816)512-5788

August 5, 2016

Hon. David Gregory Kays
Chief District Judge
United States District Court
8652 Charles Evans Whittaker United States Courthouse
400 East Ninth Street
Kansas City, Missouri 64106

Re: August 15, 2016, Joint Criminal Jury Trial Docket

Dear Chief Judge Kays:

Judges Maughmer, Larsen, Whitworth, Rush, England and I have completed pretrial conferences for those cases presently scheduled for the August 15, 2016, Joint Criminal Jury Trial Docket. Based on the results of the pretrial conferences, I recommend that these cases be scheduled and assigned for trial.

## WEEK OF AUGUST 15, 2016

### KANSAS CITY

| CASE NO. | DEFENDANT(S) | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 14-00008-CR-W-HFS | Jamal L. Vassie (02) CUSTODY | Bough | 4 Days 8/15 (Mon) |
| | Notes: **Attorneys/Defendant must be present at 8:30 a.m.** Jury Selection at 9:00 a.m. | | |
| 15-00228-CR-W-GAF | Young Isinwa (01) BOND | Phillips | 2-3 Days 8/15 (Mon) |
| | Notes: **Attorneys/Defendant must be present at 9:00 a.m.** Jury Selection at 9:30 a.m. | | |
| 15-00341-CR-W-HFS | Bryan K. Lewis (01) CUSTODY | Ketchmark | 1 Day 8/15 (Mon) |
| | Notes: **Attorneys/Defendant must be present at 8:30 a.m.** Jury Selection at 9:00 a.m. | | |

Honorable David Gregory Kays
August 5, 2016
Page 2

## SPRINGFIELD

No cases

## JEFFERSON CITY

| CASE NO. | DEFENDANT(S) | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 16-04008-CR-C-BCW | Jason Michael Strubberg (01) CUSTODY | Wimes | 2-3 Days 8/15 (Mon) |

Notes: **Attorneys/Defendant must be present at 8:30 a.m.**
Jury Selection at 9:00 a.m.

## SPECIAL SETTING OF AUGUST 16, 2016

### KANSAS CITY

| | | | |
|---|---|---|---|
| 15-00362-CR-W-DGK | DNRB, Inc. (01) | Kays | 2-2 ½ Days 8/16 (Tues) |

Notes: **Attorneys/Defendant must be present at 9:00 a.m.**
**Bench Trial starting at 9:00 a.m.**

## WEEK OF AUGUST 22, 2016

### KANSAS CITY

No cases

### SPRINGFIELD

| | | | |
|---|---|---|---|
| 14-03104-CR-S-RK | Scott Goodwin-Bey (01) CUSTODY | Harpool | ½ Day 8/23 (Tues) |

Notes: **Attorneys/Defendant must be present at 1:30 p.m.**
**Bench Trial starting at 1:30 p.m.**

## JEFFERSON CITY

No cases

If you have any questions, please contact me at your convenience.

Very truly yours,

　　/s/ *Sarah W. Hays*
Sarah W. Hays
Chief U.S. Magistrate Judge

cc via e-mail:

| | | |
|---|---|---|
| Honorable Gary A. Fenner | Honorable Fernando J. Gaitan, Jr. | Ms. Kimberly Johnson |
| Honorable Beth Phillips | Honorable John T. Maughmer | Ms. Jane Behrens |
| Honorable Brian Wimes | Honorable Robert E. Larsen | Ms. Shayla Brensdal |
| Honorable M. Douglas Harpool | Honorable David P. Rush | Ms. Laura Bax |
| Honorable Stephen R. Bough | Honorable Matt Whitworth | Mr. Gene Porter |
| Honorable Roseann A. Ketchmark | Ms. Paige Wymore-Wynn | Pretrial Services |
| Honorable Nanette K. Laughrey | Mr. Randall Henderson | Probation |
| Honorable Howard F. Sachs | Mr. Mike Zadina | United States Marshal |
| Honorable Ortrie D. Smith | Ms. Elvia Farley | Judicial Assistants |
| Honorable Dean Whipple | Ms. Kelsee Pierce | Courtroom Deputies |
| Honorable Scott O. Wright | Ms. Karyn Williams | |