IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>SCOTT GOODWIN-BEY,<br><br>      Defendant. | Case No. 14-03104-01-S-MDH |

## NOTICE OF GOVERNMENT'S EXHIBITS

The United States of America, by the United States Attorney for the Western District of Missouri, and James J. Kelleher, Assistant United States Attorney, in compliance with the Scheduling and Trial Order entered in this matter, herewith submits its notice of exhibits in this matter. At trial, the United States may seek to introduce the following exhibits during its case-in-chief:

1. Ruger, model P89DC, 9 millimeter pistol, and magazine;
2. Twelve (12) rounds of 9 millimeter ammunition;
3. Empty box of Perfecta brand 9 millimeter ammunition;
4. Multiple rounds of Perfecta brand 9 millimeter ammunition;
5. Compact disc containing 911 recording;
6. Compact disc containing video surveillance from Starmart;
7. Compact disc containing dash camera video;
8. Photographs of interior and exterior of vehicle, firearm, and other evidence;
9. Documents recovered from white Lincoln Town Car;
10. Show-up identification instruction card;
11. Certified Greene County Circuit Court records pertaining to case number 31397CF2468;

12. Certified St. Louis City Circuit Court records pertaining to case number 22911-03197;
13. Certified records from the United States District Court for the Western District of Missouri, case number 97-03020-CR-S-RGC;
14. Certified records from the United States District Court for the Western District of Missouri, case number 07-03127-01-CR-S-RED;
15. Stipulation regarding prior convictions; and
16. Stipulation regarding interstate nexus.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By  */s/ James J. Kelleher*
James J. Kelleher, Missouri Bar No. 51921
Assistant United States Attorney
901 St. Louis Street, Ste. 500
Springfield, Missouri 65806

-2-

Case 6:14-cr-03104-MDH    Document 61    Filed 08/09/16    Page 2 of 3

## *CERTIFICATE OF SERVICE*

The undersigned hereby certifies that a copy of the foregoing was delivered August 9, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                       */s/ James J. Kelleher*
                                       James J. Kelleher
                                       Assistant United States Attorney