IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**SCOTT GOODWIN-BEY,**<br><br>　　　　Defendant. | No. 14-03104-01-S-MDH |

### *GOVERNMENT'S LIST OF WITNESSES*

**COMES NOW** the United States of America, by and through Tammy Dickinson, the United States Attorney for the Western District of Missouri, and James J. Kelleher, the undersigned Assistant United States Attorney, and in compliance with the Federal Rules of Criminal Procedure provides the following list of witnesses, by name and address, whom the undersigned attorney for the government intends to call in the presentation of its case-in-chief, and requests leave to amend this list as needed, as follows:

1. Jennifer Barton
   2107 West Scott Street
   Springfield, Missouri

2. John Tavai
   712 N. Jonathan Ave.
   Springfield, Missouri

3. Jennifer Sandage
   Springfield Police Department
   321 East Chestnut Expressway
   Springfield, Missouri

4. Jason Laub
   Springfield Police Department
   321 East Chestnut Expressway
   Springfield, Missouri

5. Steve Miller
   Springfield Police Department
   321 East Chestnut Expressway
   Springfield, Missouri

6. Christopher Nuccio
   Springfield Police Department
   321 East Chestnut Expressway
   Springfield, Missouri

7. Chris Barb
   Springfield Police Department
   321 East Chestnut Expressway
   Springfield, Missouri

8. Kevin Cantrell
   Springfield Police Department
   321 East Chestnut Expressway
   Springfield, Missouri

9. Robert McPhail
   Springfield Police Department
   321 East Chestnut Expressway
   Springfield, Missouri

10. Brian Fox
    Bureau of Alcohol, Tobacco, Firearms and Explosives
    901 St. Louis Street, Suite 201
    Springfield, Missouri

11. Melissa Potter
    United States Probation Office
    222 S. John Q. Hammons Parkway
    Springfield, Missouri

                                  Respectfully submitted,

                                  Tammy Dickinson
                                  United States Attorney

                    By    */s/ James J. Kelleher*
                             James J. Kelleher, Missouri Bar No. 51921
                             Assistant United States Attorney
                             901 St. Louis Street, Ste. 500
                             Springfield, Missouri  65806

## *CERTIFICATE OF SERVICE*

The undersigned hereby certifies that a copy of the foregoing was delivered August 9, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney