# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-03104-01-CR-S-RK |
| ) | |
| SCOTT GOODWIN-BEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF TRANSFER

Pursuant to Rule 83.9 of the Local Rules of the United States District Court for the Western District of Missouri, and with the consent of the Honorable Douglas Harpool, it is hereby

ORDERED that this case be transferred for all further proceedings including final disposition to Judge Harpool.

                                            s/ Roseann A. Ketchmark
                                            ROSEANN A. KETCHMARK, JUDGE
                                            UNITED STATES DISTRICT COURT

DATED: August 23, 2016