*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHWESTERN DIVISION*

**MINUTE SHEET**

**UNITED STATES OF AMERICA**               Date: August 23, 2016

vs.                                        Case No.   14-3104-01-CR-S-MDH

**SCOTT GOODWIN-BEY**

**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Bench Trial – Day 1**

**Time Commenced: 1:43 p.m.**          **Time Terminated: 3:07 p.m.**

**APPEARANCES**

**Plaintiff: Jim Kelleher, AUSA**              **Defendant:   Shane Cantin**

**Proceedings:** Parties appear as indicated, dft in person. Parties have filed a waiver of right to a jury trial. Government presents opening statement. Defendant waives opening statement. Government proceeds with case-in-chief. 1:46 p.m. Direct – Jennifer Barton. 2:03 p.m. Cross. Witness excused. 2:10 p.m. Direct – John Tavai. 2:16 p.m. Cross. Witnesses excused. 2:24 p.m. Direct – Jennifer Sandage. Witness excused. 2:33 p.m. Direct – Jason Laub. Witness excused. 2:39 p.m. Direct – Chris Barb. 2:48 p.m. Cross. Witness excused. 2:48 p.m. Direct – Brian Fox. Witness excused. 2:57 p.m. Direct – Melissa Potter. Witness excused. 3:05 p.m. Government rests. Defendant orally moves for acquittal at the close of all evidence. Dft is advised of his right to testify. No closing arguments made. Matter is taken under advisement. Dft continued in custody.

**COURTROOM DEPUTY:** Linda Howard
**COURT REPORTER:**   Jeannine Rankin
**LAW CLERK:**   Jared Guemmer

**WITNESSES:**
**Jennfier Barton**
**John Tavai**
**Jennifer Sandage**
**Jason Laub**
**Chris Barb**
**Brian Fox**
**Melissa Potter**