# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Case No. 14-03104-01-CR-S-MDH**

**SCOTT GOODWIN-BEY,**

**Defendant.**

### GOVERNMENT'S EXHIBITS

| | | |
|---|---|---|
| √ | = | Offered & admitted without objection. |
| X | = | Offered & admitted over objection. |
| Ex | = | Offered, but objected to and excluded. |
| N.O. | = | Marked, but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered, then withdrawn. |
| Ltd | = | Admitted for limited purpose. |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1. | √ | 8/23/16 | 2:28 p.m. 1:50, 2:13 | Ruger, model P89DC, 9 millimeter pistol. |
| 2. | √ | 8/23/16 | 2:29 p.m. 2:29 | Magazine. |
| 2.1 | √ | 8/23/16 | 2:29 p.m. 2:23 | Ammunition removed from Ruger, model P89DC, 9 millimeter pistol and magazine. |
| 3. | √ | 8/23/16 | 1:51 p.m. 1:51 | Compact disc containing Starmart security video recording. |
| 4. | √ | 8/23/16 | 1:58 p.m. 1:57 | Compact disc containing 911 recording. |
| 5. | √ | 8/23/16 | 1:57 p.m. | Photograph of Lincoln Town Car. |
| 6. | √ | 8/23/16 | 2:32 p.m. | Photograph of Perfecta ammunition box. |

| | | | | |
|---|---|---|---|---|
| 7. | ✓ | 8/23/16 | 2:32 p.m. 2:32 | Photograph of two (2) rounds of ammunition. |
| 8. | ✓ | 8/23/16 | 2:42 p.m. | Photograph of one (1) round of ammunition between driver's seat and console. |
| 9. | ✓ | 8/23/16 | 2:45 p.m. 2:45 | Photograph of box containing multiple rounds of ammunition. |
| 10. | ✓ | 8/23/16 | 2:46 p.m. 2:46 | Photograph of service order located in glove compartment. |
| 11.1. | ✓ | 8/23/16 | 2:43 p.m. | Envelope containing Ammunition. |
| 11.2. | ✓ | 8/23/16 | 2:45 p.m. | Envelope containing Ammunition. |
| 11.3. | ✓ | 8/23/16 | 2:43 p.m. | Envelope containing Ammunition. |
| 11.4. | ✓ | '' | 2:45 p.m. 2:45 | Envelope containing multiple rounds of ammunition. |
| 12. | ✓ | 8/23/16 | 2:42 p.m. | Empty box of Perfecta ammunition. |
| 13. | ✓ | 8/23/16 | 2:47 p.m. 2:03 | Multiple rounds of ammunition recovered from Starmart parking lot. |
| 14. | ✓ | 8/23/16 | 3:03 p.m. 2:59 p.m. | Certified documents pertaining to case no. 07-03127-01-CR-S-RED |
| 15. | ✓ | 8/23/16 | '' 3:01 | Certified documents pertaining to case no. 97-03020-02-CR-S-RGC. |
| 16. | ✓ | '' | '' 3:01 | Certified documents pertaining to case no.31397CF2468. |
| 17. | ✓ | '' | '' 3:01 | Certified documents pertaining to case no. 9110003197. |
| 18. | ✓ | '' | '' 3:01 | Certified transcript of serial records maintained by the Missouri Department of Corrections. |
| 19. | | | | |
| 20. | | | | |

| | | | | |
|---|---|---|---|---|
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |

I certify that I have this date, _____, 2016, received from the Clerk, United States District Court, Western District of Missouri, the following exhibits listed above, for which I hold myself responsible:

_____
James J. Kelleher
Assistant United States Attorney

8/23/16 – Court retains most exhibits