# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 6:14-cr-03104-MDH-1 |
| SCOTT GOODWIN-BEY, | ) |
| Defendant. | ) |

## FINDINGS OF FACT & CONCLUSIONS OF LAW

The Court held a bench trial in this matter on August 23, 2016. Upon review of the trial record as a whole, the Court hereby enters the following findings of fact and conclusions of law.

### I. FINDINGS OF FACT

1. On or about November 30, 2014, Scott Goodwin-Bey, Defendant, entered the Star Mart located on W. Chestnut Expressway.

2. The Star Mart manager, Jennifer Barton, and the store clerk, John Tavai, both recognized Defendant from earlier interactions with him at the Star Mart because he had behaved in a strange manner.

3. Defendant briefly left the store, obtained an object from a white Lincoln Town Car, license plate SL4 A5D (hereinafter "the vehicle"), and re-entered the Star Mart.

4. After re-entering the Star Mart, the Defendant had a 9mm handgun (hereinafter "the gun") which he placed on the counter in front of Mr. Tavai.

5. Mr. Tavai took the gun after Defendant placed it on the counter, and handed the gun to Ms. Barton.

6. Shortly after handing the gun to Ms. Barton, Mr. Tavai escorted Defendant outside the store.

7. Defendant then left the Star Mart in the vehicle.

8. Ms. Barton dialed 911 and requested that officers come to the Star Mart because of concern over Defendant's actions.

9. Ms. Barton described the vehicle Defendant was driving to the 911 operator as: A white Lincoln car, with license plate SL4 A5D (the vehicle).

10. Officer Jennifer Sandage arrived at the Star Mart shortly after the 911 call was made.

11. Ms. Barton turned the gun over to Officer Sandage.

12. The gun was loaded with rounds in the magazine and one round in the chamber at the time Officer Sandage took custody of the weapon.

13. The ammunition in the gun was Perfecta 9mm ammunition.

14. Lieutenant Laub received a call from dispatch regarding a black male who reportedly took a gun into Star Mart and was acting strangely and last seen driving a white Lincoln car with license plates SL4 A5D.

15. Lt. Laub saw the vehicle described in the call at a Casey's General Store in the vicinity of Star Mart, followed it, and executed a traffic stop.

16. Defendant was driving the vehicle at the time of the stop.

17. A show-up identification took place after Officer Sandage brought Ms. Barton to the location of the stop, and Ms. Barton identified the Defendant as the driver of the vehicle and the man she saw in her store with the gun.

18. Lt. Laub then took Defendant into custody.

19. Officer Barb searched the vehicle.

20. During Officer Barb's search, he found loose 9mm ammunition, Perfecta brand, on the floor of the vehicle, and an empty ammunition box, Perfecta brand.

21. During the search, Officer Barb also found documentation concerning repair work done on the vehicle indicating this work was requested or ordered by Scott Goodwin-Bey.

22. On the day following the incident at Star Mart, Ms. Barton and Mr. Tavai found loose ammunition in the parking lot in front of the store in the vicinity of where the vehicle had been parked, which was identified as 9mm ammunition, Perfecta brand.

23. The gun Officer Sandage recovered from Ms. Barton (which was handed to her by Mr. Tavai and removed from Defendant) was a Ruger, model P89DC, 9mm, serial number 303566.

24. The Ruger P89DC was manufactured in Prescott, Arizona, by Sturm, Ruger & Co., which is headquartered in Southport, Connecticut.

25. The Perfecta 9mm ammunition found in the gun, the vehicle, and the parking lot, was manufactured in Italy by Fiocchi.

26. Both, the Ruger P89DC and Perfecta 9mm ammunition, traveled in interstate commerce.

27. On July 10, 2008, Defendant entered a plea of guilty to the charge of being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

28. As part of Defendant's guilty plea on July 10, 2008, he acknowledged three prior felony convictions.

29. Prior to November 30, 2014, Scott Goodwin-Bey had been convicted of three crimes carrying sentences in excess of one year.

30. The handgun was functioning as designed and capable of use as a handgun on November 30, 2016.

## II. CONCLUSIONS OF LAW

1. On November 30, 2014, Defendant was prohibited by law from possessing a firearm, in that he has been convicted of a crime punishable by imprisonment for a period exceeding one year.

2. On November 30, 2014, Defendant knowingly possessed a Ruger 9mm handgun in Springfield, Greene County, Missouri.

3. On November 30, 2014, Defendant knowingly possessed Perfecta 9mm ammunition in Springfield, Greene County, Missouri.

4. Both the Ruger 9mm handgun and the Perfecta 9mm ammunition had traveled in interstate commerce.

5. Springfield, Greene County, Missouri is located in the jurisdiction of the U.S. District Court for the Western District of Missouri.

6. This Court has jurisdiction over this Defendant for the crimes alleged.

7. Beyond any reasonable doubt, Defendant Scott Goodwin-Bey is guilty of being a felon in possession of a firearm in violation of 18 U.S.C. §§922(g)(1) and 924(a)(2).

**IT IS SO ORDERED.**

DATED: October 4, 2016

                                                      _/s/ Douglas Harpool_____
                                                      **DOUGLAS HARPOOL**
                                                      **UNITED STATES DISTRICT JUDGE**