*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## MINUTE SHEET

**UNITED STATES OF AMERICA**             Date: April 6, 2017

vs.                                      Case No.   14-3104-01-CR-S-MDH

**SCOTT GOODWIN-BEY**

**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Sentencing**

**Time Commenced: 9:35 a.m.**            **Time Terminated: 9:48 a.m.**

### APPEARANCES

**Plaintiff: Jim Kelleher, AUSA**        **Defendant: Shane Cantin**

**Proceedings:** Parties appear as indicated, dft in person. No objections to the PSI. Dft accorded allocution. **SENTENCE:** Dft is committed to the BOP for 120 months; followed by 3 years supervised release. No fine. $100 MPA. Special conditions of supervised release imposed. Dft advised of right to appeal. Court recommends dft be designated to the institution in Greenville, IL. Dft remanded into custody.

**COURTROOM DEPUTY: Linda Howard**
**COURT REPORTER: Jeannine Rankin**
**USPPTS: Melissa Potter**